IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY -4 P 2:36
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| GEORGE W. BALLARD<br><br>Plaintiff,<br><br>v.<br><br>GHM REAL ESTATE &<br>DEVELOPMENT, INC. f/k/a GHM<br>REAL ESTATE OF FLORIDA, INC.;<br>GHM ROCK & SAND, INC.;<br>HERMAN MORRIS, Individually; and<br>CHARLIE FLOWERS d/b/a<br>FLOWERS AND SONS LOGGING,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. CV204-092 |

## ORDER

Having read and considered, Plaintiff, George W. Ballard's, and Defendant, Charlie Flowers d/b/a Flowers & Sons Logging's, Joint Dismissal Without Prejudice,

**IT IS HEREBY ORDERED**, Plaintiff, George W. Ballard's, <u>action is dismissed without prejudice</u> and Defendant, Charlie Flowers d/b/a Flowers & Sons Logging's, <u>counter-claim is dismissed without prejudice</u>.

This 5th day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF GEORGIA

Prepared by:

Stephen E. Tillman
Attorney for Plaintiff
4 South Lee Street
Baxley, Georgia 31513
Telephone: (912) 367-2500
Georgia Bar Number: 712490

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    2:04-cv-00092
Date Served:    May 4, 2005
Served By:

Attorneys Served:

    Stephen E. Tillman, Esq.
    GHM Real Estate & Development, Inc.
    GHM Rock & Sand, Inc.
    Earl Daniel Smith Jr., Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate