IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GEORGE W. BALLARD, | § | CIVIL ACTION |
| Plaintiff, | § | FILE NO. CV204-092 |
| v. | § | |
| GHM REAL ESTATE & DEVELOPMENT, INC. f/k/a GHM REAL ESTATE OF FLORIDA, INC.; GHM ROCK & SAND, INC.; HERMAN MORRIS, Individually; and CHARLIE FLOWERS d/b/a FLOWERS AND SONS LOGGING, | § | |
| Defendant. | § | |

## ORDER

Having read and considered, Plaintiff, George W. Ballard's, and Defendant, Charlie Flowers d/b/a Flowers & Sons Logging's, Joint Dismissal Without Prejudice,

**IT IS HEREBY ORDERED**, Plaintiff, George W. Ballard's, action is dismissed without prejudice and Defendant, Charlie Flowers d/b/a Flowers & Sons Logging's, counter-claim is dismissed without prejudice.

This 5th day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF GEORGIA

Prepared by:

Stephen E. Tillman
Attorney for Plaintiff
4 South Lee Street
Baxley, Georgia 31513
Telephone: (912) 367-2500
Georgia Bar Number: 712490

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   2:04-cv-00092
Date Served:   May 4, 2005
Served By:

Attorneys Served:

    Stephen E. Tillman, Esq.
    GHM Real Estate & Development, Inc.
    GHM Rock & Sand, Inc.
    Earl Daniel Smith Jr., Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate